UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRELL THOMAS,<br><br>              Plaintiff,<br><br>-against-<br><br>ARIEL WEST, et al.,<br><br>              Defendants. | No. 14-CV-4459 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of this case's settlement, counsel shall confer and inform the Court by letter no later than April 2, 2021 regarding any outstanding items that require the Court's consideration.  Failure to do so will result in the closing of this case.

**SO ORDERED.**

Dated:    March 26, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1